OPINION — AG — ** COUNTY COMMISSIONERS — INDIGENT PERSONS — CHARITY FUNDS ** COUNTY COMMISSIONERS IS WITHOUT LAWFUL AUTHORITY TO " CERTIFY " AN INDIGENT PERSON TO THE COUNTY HOSPITAL FOR MEDICAL AND SURGICAL TREATMENT AND PAY FOR HIS TREATMENT THEREAT FROM CHARITY FUNDS OF THE COUNTY. (MEDICAL TREATMENT, POOR PERSONS, INDIGENT, PATIENTS, SURGICAL, INDIGENCY, HOSPITALS, PUBLIC FUNDS) CITE: 19 O.S. 790 [19-790], 56 O.S. 31 [56-31], 56 O.S. 33 [56-33] [56-33] (J. H. JOHNSON)